Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000444
29-JUL-2015
08:24 AM

NO. CAAP-14-0000444

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DANIELLE NICOLE WATERS, Plaintiff-Appellee v.
RYAN KEITH WATERS, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 13-1-6105)

ORDER APPROVING THE JULY 1, 2015
STIPULATION TO DISMISS APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed on July 1, 2015, by Defendant-Appellant Ryan Keith Waters (**Appellant**), and the record, it appears that (1) Appellant and Plaintiff-Appellee Danielle Nicole Waters stipulate to dismiss Appeal No. CAAP-14-0000444; (2) the parties' attorneys have signed the stipulation; (3) no payment is due; (4) the stipulation provides that "[e]ach party shall bear their own attorneys' fees and costs"; and (5) Hawai'i Rules of Appellate Procedure Rule 42(b) provides, "If the parties to a docketed appeal . . . sign and file a stipulation for dismissal,

specifying the terms as to payment of costs, and pay whatever fees are due, the case shall be dismissed upon approval by the appellate court[.]"

Therefore, IT IS HEREBY ORDERED that the stipulation is approved, and Appeal No. CAAP-14-0000444 is dismissed.

DATED: Honolulu, Hawai'i, July 29, 2015.

Chief Judge

Associate Judge

Associate Judge